In the Matter of the Accounting of FREDERICK A. SOUTH-WORTH et al., as Executors of WILLIAM LUDDEN, Deceased, Respondents.

BROOKLYN BUREAU OF CHARITIES et al., Appellants.

*Matter of Southworth,* 164 App. Div. 825, affirmed.
(Argued June 2, 1915; decided June 18, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 18, 1914, which affirmed a decree of the Kings County Surrogate's Court judicially settling the accounts of the executors of William Ludden, deceased, and sustaining their exercise of discretion in distribution of the assets.

*William G. Cooke* and *Howard O. Wood* for appellants.

*Alfred G. Reeves, William R. Brinckerhoff* and *Thomas H. Troy* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.